Exparte     Case No: C-297-010490-1339638-A
WR: -40,882-03     40,882-03

Harry Jerome Haliburton   *    In the 297th
~~Respondent~~ 4SH   *    Judicial District
Petitioner    *    Court of Tarrant

    *    County Texas

VS.    *

The State of Texas,   *
   Respondent    *

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

"Amended"
Writ of Habeas Corpus

Applicant hereby incorperate all allegations of fact and grounds contained in the original habeas application the same as if copied in full and set forth at length.

### Ineffective Assistance of Counsel

I found out that the victim is the Father of the Superviser of the Robbery Division and that he did in fact particiapate in the investigation of the alleged crime. My attorney told me that the Prosecuter informed her of this fact one year before my trail was set to begin but my attorney did not inform until one week before trail of this fact and she (Marie Bush Johnson) explain to me the reason for not tell me are bringing it up at trail was because "It's okay for them to do that".

I just recently found out that it is not okay for them to do that at all. The son's signature is all over the police report.

I humbly and respectfully request relief.

I, Harry J. Haliburton, certify that the foregoing is True and Correct to the best of my knowledge, Information and Belief.